| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JOHN ERIC PARTANEN, | Case No. 1:21-cv-00588-NONE-BAM |
| Plaintiff, | **ORDER DISREGARDING STIPULATION ON DEFENDANT'S RESPONSE TO COMPLAINT DUE DATE** |
| v. | |
| WESTERN UNITED STATES PIPE BAND ASSOCIATION, | (Doc. 10) |
| Defendant. | |

On May 24, 2021, Plaintiff John Eric Partanen, proceeding pro se, submitted a document titled "Stipulation on Defenfdant's [sic] Response to Complaint Due Date." (Doc. 10.) According to the document, following a meet and confer telephone conversation between Plaintiff and defense counsel, they have agreed that Defendant's response to Plaintiff's complaint shall be on or before June 28, 2021. (*Id.* at 1.) Plaintiff contends that "[t]here was a misunderstanding over the waiver of service by the defendant." (*Id.*)

Defense counsel has neither appeared in this action nor signed the purported stipulation. The Court is unable to consider or give effect to any purported stipulation in the absence of signatures from all parties affected by the proposed stipulation. Accordingly, the "Stipulation on

1

Defenfdant's [sic] Response to Complaint Due Date" is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: **May 26, 2021**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE