UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PARTANEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WESTERN UNITED STATES PIPE BAND ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00588-NONE-BAM<br><br>**ORDER REGARDING DEFECTIVE MOTIONS**<br><br>(Docs. 14, 15, 16, 17 and 18) |

On May 27, 2021, Plaintiff John Eric Partanen, proceeding pro se, filed a series of motions seeking declaratory, injunctive and equitable relief. (Docs. 14, 15, 16, 17, 18.) Although Plaintiff purports to set the motions for hearing on June 25, 2021, before the undersigned, Defendant has not yet appeared in this action and there is no indication on the docket that Defendant has been served with the motions. Fed. R. Civ. P. 5.

Further, Plaintiff's motions have not been properly noticed for hearing before the undersigned pursuant to Local Rule 230 or the Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California ("Amended Standing Order"). *See* L. R. 230(b), (k); Doc. 6-2. Only those motions in matters specified in Local Rules 302 and 303 or

1

designated in the Amended Standing Order shall be noticed, briefed, and argued before a Magistrate Judge. All other motions must be noticed and briefed before the District Judge. L. R. 230(k); Doc. 6-2. Accordingly, the motions will not be set for hearing on June 25, 2021 before the undersigned. As appropriate following Defendant's appearance in this action, Plaintiff may re-notice the motions in compliance with the Local Rules and Amended Standing Order. The clerk of court is instructed to term Doc. 14, 15, 16, 17 and 18.

IT IS SO ORDERED.

Dated: **June 4, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE