UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PARTANEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN UNITED STATES PIPE BAND ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00588-NONE-BAM<br><br>**ORDER DISREGARDING PURPORTED STIPULATION TO AMEND COMPLAINT**<br><br>(Doc. 12) |

On May 27, 2021, Plaintiff John Eric Partanen, proceeding pro se, filed a document titled "Stipulation Alowing [sic] the Plaintiff to Amend His Complaint," (Doc. 12), and a First Amended Complaint (Doc. 13.) According to the purported stipulation, Plaintiff obtained the "consent of defense council to file the amended complaint on or before May 28, 2021" and attached "[a]n email reportedly confirming the stipulation. (Doc. 12 at 1.)

Federal Rule of Civil Procedure 15(a) provides that a party may amend its pleading once as a matter of course within "21 days after serving it," or if, as here, "the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1).

1

No responsive pleading or motion under Rule 12(b), (e), or (f) has been filed.  Plaintiff therefore is entitled to amend his complaint as a matter of course.

Insofar as Plaintiff represents that the parties have stipulated to an amendment of the complaint, Defendant has not appeared in this action.  Further, defense counsel has neither made an appearance in this action nor signed the purported stipulation.  The Court is unable to consider or give effect to any purported stipulation in the absence of signatures from all parties affected by the proposed stipulation.  Accordingly, the "Stipulation Alowing [sic] the Plaintiff to Amend His Complaint" is HEREBY DISREGARDED.  The First Amended Complaint remains as filed.

IT IS SO ORDERED.

Dated: **June 4, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE