UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PARTANEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WESTERN UNITED STATES PIPE BAND ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00588-NONE-BAM<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(Doc. 25) |

On June 18, 2021, the parties filed a stipulation to extend the deadline for Defendants Western United States Pipe Band Association and Jeff Mann to answer or otherwise respond to Plaintiff's first amended complaint. (Doc. 25.) Having considered the stipulation, the request for an extension of time is GRANTED. The deadline for Defendants to answer or otherwise respond to Plaintiff's first amended complaint is HEREBY EXTENDED to July 16, 2021.

IT IS SO ORDERED.

　　Dated: **June 21, 2021**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1