ANTHONY L. HALL
California Bar No. 187960
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
Facsimile:  (775) 785-0087

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ERIC PARTANEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN UNITED STATES PIPE BAND ASSOCIATION, a Nevada Corporation, and JEFF MANN, an individual,<br><br>Defendants. | CASE NO.:  1:21-cv-00588-NONE-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S PENDING MOTIONS [Second Request]** |

Plaintiff John Eric Partanen ("Plaintiff" or "Partanen") and Defendants Western United States Pipe Band Association and Jeff Mann (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Respond to Plaintiff's pending motions. The Parties previously stipulated to extend the deadline for Defendants to respond to four motions Plaintiff had pending. Defendants intend to respond by the deadline of August 27, 2021 to: (1) the motion to declare void a voidable bilateral agreement [ECF No. 41]; and (2) motion to compel binding arbitration [ECF No. 39].

However, the other two pending motions may be the subject of a Rule 11 motion. Specifically, the (3) motion for equitable relief [ECF No. 40]; and (4) motion to compel WUSPBA to comply with its contest rules [ECF No. 38]. The Parties are in the process of determining whether Plaintiff will elect to withdraw those motions or not. To account for the twenty-one (21) day safe

harbor provision contained within FRCP 11(c)(2) the Parties are stipulating to an extension for Defendants the deadline to oppose those motions. ECF No. 38, ECF No. 40.

This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Defendants to respond to the pending motions will be on or before **September 22, 2021.**

RESPECTFULLY SUBMITTED,

DATED this ___th day of August, 2021.

BY:   [Signature Provided at Doc. No. 50]

   JOHN ERIC PARTANEN

   *Plaintiff In Pro Se*

DATED this ___th day of August, 2021.

BY:  [Signature Provided at Doc. No. 50]

   ANTHONY L. HALL, ESQ.
   California Bar No. 187960
   AHall@SHJNevada.com
   SIMONS HALL JOHNSTON PC
   6490 S. McCarran Blvd., Ste. F-46
   Reno, Nevada 89509
   Telephone: (775) 785-0088

   *Attorneys for Defendants*

## ORDER

For the reasons articulated in the above stipulation, the deadline for defendants to respond to the pending motions will be on or before **September 22, 2021.**

IT IS SO ORDERED.

Dated:   **August 27, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE